

Andrew Block
DIRECTOR

# COMMONWEALTH OF VIRGINIA

## Department of Juvenile Justice

Carolyn Minix
ACTING COURT SERVICES
DIRECTOR

23-A COURT SERVICE UNIT

215 Church Avenue, First Floor
P.O. Box 112
Roanoke, Virginia 24002

(540) 853-2565
FAX: (540-853-1589

# facsimile transmittal

To: MS. DAY            Date: 6/9/17
From: Michele Cefule   #:
Re: CSW                Pages: 5 including fax cover sheet
CC:

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

CONFIDENTIALITY NOTICE

This facsimile transmission contains confidential information belonging to the sender, which may be legally privileged information. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution, or the talking of any action in reliance on the contents of the facsimile documents is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone so that we may arrange for its return.





**Habitat for Humanity**
In the Roanoke Valley

"A world where everyone has a decent place to live"

3435 Melrose Avenue NW, PO Box 6627, Roanoke, VA 24017
(540)344-0747 Fax: (540)343-1492
www.habitat-roanoke.org

**Board of Directors**

Mike Dame
*President*

Paul Henrickson
*Vice President &
Affiliate Chaplain*

Dinah Ferrance
*Secretary*

Stephanie Leiser
*Treasurer*

John Blanton
Jeremy Carroll
Karen McNew McGuire
Peggy Parker
Jeff Parkhill
Dave Prosser
Dr. Bertram Spetzler
Clarice Walker
Jack White
Rev Dr. Alonzo Smith

**Staff**

Karen L. Mason
*Executive Director*

Joe Tucciarone
*ReStore Director*

Jenny Lee
*Development Director*

Jean A. Darby
*Family Services Director*

Janice Fridley
*Executive Assistant*

Brian Clark
*Construction Director*

Gina Dunnavant
*Volunteer Coordinator*

Jeff Slinger
*Project Manager*

Brent Talmadge
*ReStore Manager*

June 8, 2017

Charlene R. Day, Assistant US Attorney
310 First Street SW, Suite 906
P. O. Box 1709
Roanoke, Virginia 24008

Dear Ms. Day,

I am writing to verify that Deny Ashwil completed community service hours at the ReStore of Habitat for Humanity which is located at 3435 Melrose Avenue NW, Roanoke, Virginia.

Deny completed 20.25 hours between May 5 - June 8, 2017. I have included a copy of his sign-in sheet for your review.

If you require any further information from me, please do not hesitate to contact me gina@habitat-roanoke.org or (540)344-0747 ext 110.

Sincerely,

*Gina S Dunnavant*

Gina S. Dunnavant
Volunteer Coordinator



**Habitat for Humanity**
in the Roanoke Valley
P.O. Box 6627
Roanoke, VA 24017

Charlene R. Day,
Assistant US Attorney
310 First Street SW, Suite 906
P.O. Box 1709
Roanoke, Virginia 24008

Mailed 6-8-17



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | Case No.: | 7:17-PO-00026 |
| | ) | | 7:17-PO-00027 |
| DENG M. ASHWIL | ) | | |

## ORDER

The Defendant stands charged before this Court with a petty offense. As the result of proceedings held on this date, at which the Defendant pleaded guilty and the Government proffered evidence of the offense to the Court, I hereby **FIND** facts sufficient to find the Defendant guilty of the charged offense. I further find it proper to **TAKE UNDER ADVISEMENT** a finding of guilt and any sentencing disposition until June 15, 2017, subject to the following conditions:

1. The Defendant shall complete 20 hours of community service, and provide a certificate of completion to Charlene Day, Assistant United States Attorney, United States Attorneys Office, 310 First Street, SW, Room 906, Roanoke, VA 24008.

2. The Defendant shall not violate any federal, state or local law.

Upon satisfaction of these terms and conditions, the Court will dismiss the charges. Failure to comply with all terms and conditions set forth above may result in a finding of guilt, and a disposition subjecting Defendant to any penalties provided for under federal law.

It is so **ORDERED**.

Enter: March 24, 2017

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge



Andrew Block
DIRECTOR

# COMMONWEALTH OF VIRGINIA
## Department of Juvenile Justice

Carolyn Minix
ACTING COURT SERVICES
DIRECTOR

23-A COURT SERVICE UNIT

215 Church Avenue, First Floor
P.O. Box 112
Roanoke, Virginia 24002

(540) 853-2565
FAX: (540) 853-1589

# facsimile transmittal

To: Ms. Day  Date: 6/9/17
From: Michale Cefule  #:
Re: CSW  Pages: 5 including fax cover sheet
CC:

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

### CONFIDENTIALITY NOTICE
This facsimile transmission contains confidential information belonging to the sender, which may be legally privileged information. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution, or the talking of any action in reliance on the contents of the facsimile documents is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone so that we may arrange for its return.





**Habitat for Humanity**
In the Roanoke Valley

"A world where everyone has a decent place to live"

3435 Melrose Avenue NW, PO Box 6627, Roanoke, VA 24017
(540)344-0747 Fax: (540)343-1492
www.habitat-roanoke.org

**Board of Directors**

Mike Dame
 *President*
Paul Henrickson
 *Vice President &*
 *Affiliate Chaplain*
Dinah Ferrance
 *Secretary*
Stephanie Leiser
 *Treasurer*

John Blanton
Jeremy Carroll
Karen McNew McGuire
Peggy Parker
Jeff Parkhill
Dave Prosser
Dr. Bertram Spetzler
Clarice Walker
Jack White
Rev Dr. Alonzo Smith

**Staff**

Karen L. Mason
 *Executive Director*
Joe Tucciarone
 *ReStore Director*
Jenny Lee
 *Development Director*
Jean A. Darby
 *Family Services Director*
Janice Fridley
 *Executive Assistant*
Brian Clark
 *Construction Director*
Gina Dunnavant
 *Volunteer Coordinator*
Jeff Slinger
 *Project Manager*
Brent Talmadge
 *ReStore Manager*

June 8, 2017

Charlene R. Day, Assistant US Attorney
310 First Street SW, Suite 906
P. O. Box 1709
Roanoke, Virginia 24008

Dear Ms. Day,

I am writing to verify that Deny Ashwil completed community service hours at the ReStore of Habitat for Humanity which is located at 3435 Melrose Avenue NW, Roanoke, Virginia.

Deny completed 20.25 hours between May 5 - June 8, 2017. I have included a copy of his sign-in sheet for your review.

If you require any further information from me, please do not hesitate to contact me gina@habitat-roanoke.org or (540)344-0747 ext 110.

Sincerely,

*Gina S Dunnavant*

Gina S. Dunnavant
Volunteer Coordinator



**Habitat for Humanity**
in the Roanoke Valley
P.O. Box 6627
Roanoke, VA 24017

Charlene R. Day,
Assistant US Attorney
310 First Street SW, Suite 906
P.O. Box 1709
Roanoke, Virginia 24008

Mailed 6-8-17



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 7:17-PO-00026 |
| ) | 7:17-PO-00027 |
| DENG M. ASHWIL ) | |

## ORDER

The Defendant stands charged before this Court with a petty offense. As the result of proceedings held on this date, at which the Defendant pleaded guilty and the Government proffered evidence of the offense to the Court, I hereby **FIND** facts sufficient to find the Defendant guilty of the charged offense. I further find it proper to **TAKE UNDER ADVISEMENT** a finding of guilt and any sentencing disposition until June 15, 2017, subject to the following conditions:

1. The Defendant shall complete 20 hours of community service, and provide a certificate of completion to Charlene Day, Assistant United States Attorney, United States Attorneys Office, 310 First Street, SW, Room 906, Roanoke, VA 24008.

2. The Defendant shall not violate any federal, state or local law.

Upon satisfaction of these terms and conditions, the Court will dismiss the charges. Failure to comply with all terms and conditions set forth above may result in a finding of guilt, and a disposition subjecting Defendant to any penalties provided for under federal law.

It is so **ORDERED**.

Enter: March 24, 2017

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge